Law Offices of Michael Lupolover, P.C.
Alla Gulchina, Esq.
180 Sylvan Avenue
Englewood Cliffs, NJ 07030
Tel: 201-461-0059
Fax: 201-608-7116
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| SONYA ALLEN,<br><br>                             Plaintiffs,<br>-against-<br><br>ANTHONY MANCINI, INDIVIDUALLY,<br>ANTHONY MANCINI D/B/A/ UNION<br>COUNTY COLLECTIONS and IMAGE 2000<br>INC.,<br><br>                             Defendant. | Civil Action No.: 2:11-cv-00310-KSH-PS<br><br>**ORDER** |

**THIS MATTER** having been brought to the Court upon application of the Law Offices of

Michael Lupolover, P.C., attorneys for Plaintiff, Sonya Allen, for an Order entering final

judgment by default against Defendants, with the Court having considered on the return date

of this motion, ~~the moving papers and any opposition filed; and Default having been entered~~ the written submissions of the Plaintiff in light of the fact that no opposition was submitted by Defendants, and Default having been entered by the Clerk of this Court as to the Defendants ~~by the Clerk of the Court as to the Defendants~~; and for good cause shown:

IT IS ON this ___19th___ day of ___September___ 2011

**ORDERED as follows:**

1. Final judgment by default is hereby entered as to Defendants.

2. ~~A copy of the within Order shall be served upon all parties in this litigation within ___ days of its receipt by Law Offices of Michael Lupolover, P.C.~~

_____
Katharine S. Hayden, USDJ